Dinah McKean (SBN 119003)
WALSH MCKEAN FURCOLO LLP
625 Broadway, Suite 1402
San Diego, CA  92101-5420
Telephone:  (619) 232-8486
Facsimile:  (619) 232-2691

Attorneys for Defendant UNIVERSAL HEALTH CARE GROUP, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| The Regents of the University of California, a public trust corporation, on behalf of the UNIVERSITY OF CALIFORNIA, IRVINE MEDICAL CENTER,<br><br>            Plaintiff,<br><br>    vs.<br><br>UNIVERSAL HEALTH CARE GROUP, INC., a Delaware for profit corporation and DOES 1 THROUGH 25, INCLUSIVE,<br><br>            Defendants. | **CASE NO.**<br>**SACV11-00250 DOC (MLGx)**<br><br>**[PROPOSED] ORDER DISMISSING CASE FOR LACK OF PERSONAL JURISDICTION**<br><br>District Judge: David O. Carter<br>Magistrate Judge: Marc Goldman |

On April 19, 2011, the Honorable David O. Carter, Judge of the United States District Court, Central District of California, Southern Division, having taken the matter under submission, and after due consideration of all the pleadings and arguments presented, has granted defendant Universal Health Care Group, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction.  This case is therefore dismissed.

IT IS SO ORDERED:

DATED: September 19, 2011                    *David O. Carter*
                                             Honorable David O. Carter, District Judge

WALSH MCKEAN FURCOLO LLP
625 BROADWAY
SUITE 1402
SAN DIEGO, CALIFORNIA
92101-5420
TELEPHONE (619) 232-8486

1

[PROPOSED] ORDER DISMISSING CASE FOR LACK OF PERSONAL JURISDICTION